■ MARGARET TIGHE et al., Respondents, v. GO SHELK CAB CORP. et al., Defendants, and MARIE W. CLIFFORD, Appellant.— Order of the Supreme Court, Queens County, dated November 22, 1966, reversed, without costs, and defendant Clifford's motion to dismiss the complaint as to her, for want of prosecution, and for severance of the action as to her granted, without costs. Plaintiffs offered no justification for unreasonably neglecting to proceed in the action; nor did they submit an affidavit of merits in opposition to the motion. There is no merit to plaintiffs' contention that the service of the 45-day notice within the six-month period following the date of joinder of issue was ineffective (*Vercesi* v. *Lucas,* 26 A D 2d 550). Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ HARRY MEYER, Appellant, v. FORD MOTOR COMPANY, Respondent.— HARRY MEYER, Appellant, v. RUSSELL KUZMACK, Respondent.— On the court's own motion, the last paragraph of this court's decision [27 A D 2d 851] dated March 20, 1967 is amended to read as follows: " As to defendant Kuzmack, were the judgment in his favor, we would reverse it as to him and order a new trial on the authority of *Pfaffenbach* v. *White Plains Express Corp.* (17 N Y 2d 132). Such, however, is not the case. The complaint was dismissed as to Kuzmack at the end of plaintiff's case and, although such dismissal is included in the preliminary recitals in the judgment, there are no decretal provisions in Kuzmack's favor in the judgment. Hence, with respect to Kuzmack, an appeal from the judgment does not properly lie." The order made on March 20, 1967 is amended accordingly. Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.